IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM L. MEANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-06-1137-HE |
| ) | |
| ROBERT LAMBERT, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff William Means, a state prisoner, instituted this action pursuant to 42 U.S.C. § 1983, suing for alleged violations of his religious rights. Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter was referred to Magistrate Judge Robert E. Bacharach, who recommended that plaintiff's second motion for a preliminary injunction[1] be denied because he has not established a relationship between the need for an injunction and the conduct asserted in the complaint.

Plaintiff has failed to object to the Report and Recommendation and, therefore, has waived his right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. § 636(b)(1); LCvR 72.1(a). The court has also considered the merits of the matter and substantially concurs with the Magistrate Judge's analysis.

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. # 97] and **DENIES** the plaintiff's second motion for a preliminary injunction [Doc. # 52].

---

[1] *Plaintiff's motion is entitled "Motion for Protective Order and Injunctive Relief."*

This order does not terminate the referral to Judge Bacharach.

**IT IS SO ORDERED**.

Dated this 20th day of February, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE